IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:02CR358 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BEATRICE G. LOMELI, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for continuance of judgment and sentence (filing 111) is denied.

DATED this 9th day of May, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge