IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:02CR358 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BEATRICE G. LOMELI, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's ex parte motion for reconsideration of court's ruling on motion for continuance of sentencing hearing (filing 113) is granted;

(2) Defendant Lomeli's sentencing is continued to Friday, August 5, 2005, at 1:00 p.m., before the undersigned United States district judge, in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 16th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge