IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:02CR358 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BEATRICE G. LOMELI, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Clerk of Court shall file the defendant's statement regarding presentence report (filing 118) under seal.

September 29, 2005.              BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge