**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**

**Denise M. Lucks**
**Clerk of Court**

**M Therese Bollerup**
**Chief Deputy Clerk**

Roman L. Hruska United States Courthouse
111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
402-661-7350
Fax: 402-661-7387

Lincoln Office:
P. O. Box 83468
Lincoln, NE 68501-3468
402-437-5225

TO: The Honorable Richard G. Kopf

FROM: Clerk, U.S. District Court
Connie J. Schultz

DATE: October 31, 2005

SUBJECT: 8:02CR358 - USA v. Beatrice G. Lomeli

A party, who has NOT been permitted to proceed in forma pauperis in District Court, has filed a Notice of Appeal. Please note the following:

(X) An appeal fee of $255.00 was not received.

(X) A motion to proceed in forma pauperis/affidavit on appeal was not received.

In order for the Clerk's office to process this appeal, please advise our office how you intend to proceed:

____ An order will be entered finding that the party is not entitled to proceed in forma pauperis.

_X__ An order will be entered finding that the party is permitted to proceed on appeal in forma pauperis.

Dated this 31st day of October 2005.

s/ *Richard G. Kopf*
United States District Judge